# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV20-11515 JAK (ASx) | Date | May 11, 2021 |
| Title | Miguel Soto v. Valley Executive Plaza, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE   JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on **March 29, 2021** ordering Plaintiff either to: (i) respond in writing no later than **April 5, 2021** as to why the matter should not be dismissed for lack of prosecution. Plaintiff filed a response on April 5, 2021 (Dkt. 10), stating the case would be settled in four weeks, or in the alternative, a proof of service would be filed. There has since been no response to the Order to Show Cause, nor has a proof of service been filed indicating that the summons and complaint have been served on Defendant or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | TJ | |